UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregory GLENN, Defendant–Appellant.

No. 05–10546
Non–Argument Calendar.
D.C. Docket No. 04–00004–CR–HL–6–1.

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 2005.

Elizabeth R. Francisco, Sinnreich & Francisco, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before CARNES, HULL and WILSON, Circuit Judges.

PER CURIAM.

Elizabeth Francisco, appointed appellate counsel for Gregory Glenn in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Glenn's conviction and sentence are AFFIRMED.